UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE JORDAN TIMCO,

    Plaintiff,   Case No. 23-11132

v.   Honorable Nancy G. Edmunds

STERLING HEIGHTS
POLICE DEPARTMENT, *et al.*,

    Defendants.
_____/

**JUDGMENT**

In accordance with the Court's order entered this date,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED, and this case is CLOSED.

    SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: May 19, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 19, 2023, by electronic and/or ordinary mail.

        s/Lisa Bartlett
        Case Manager